UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**AMANDA SHAHAN**  CASE NO. 2:22-CV-01246

**VERSUS**  JUDGE JAMES D. CAIN, JR.

**ALLSTATE VEHICLE & PROPERTY INSURANCE CO**  MAGISTRATE JUDGE KAY

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED, AND DECREED** that the Defendant's Rule 12(b)(6) Motion to Dismiss and Rule 23(d)(1)(D) Motion to Strike Class allegations" (Doc. 15) are **GRANTED** to the extent that Plaintiff's claims for future labor costs are dismissed with prejudice, and Plaintiff's class allegations are STRICKEN from the Complaint.

**IT IS FURTHER ORDERED** that Plaintiff amend her Complaint no later than August 11, 2022, consistent with the Court's Memorandum Ruling that survive dismissal.

**THUS DONE AND SIGNED** in Chambers this 29th day of July, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**